```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED
```

AUG 29 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-162 JCC |
|---|---|
| Plaintiff, | **INFORMATION** |
| v. |  |
| JOANNA DODEK, |  |
| Defendant. |  |

The United States Attorney charges that:

### COUNT 1
### (Theft of Public Funds)

Beginning in or about April 2010, and continuing through about August 2015, at Sammamish, within the Western District of Washington and elsewhere, JOANNA DODEK willfully and knowingly embezzled, stole and converted to her own use and the use of another money of the United States, namely Supplemental Security Income benefits and other federally funded assistance benefits and payments having an aggregate value of approximately two hundred twenty thousand dollars ($220,000), intending

INFORMATION/DODEK - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | to deprive the United States of the use and benefit of that money.
2 | All in violation of Title 18, United States Code, Section 641.
4 | DATED: August 28, 2019

_____
BRIAN T. MORAN
United States Attorney

_____
JAMES D. OESTERLE
Assistant United States Attorney

_____
BENJAMIN T. DIGGS
Special Assistant United States Attorney

INFORMATION/DODEK - 2