THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOANNA DODEK,<br><br>Defendant. | CASE NO. CR19-0162-JCC<br><br>ORDER |

This matter comes before the Court on the parties' agreed motion to allow foreign travel (Dkt. No. 11). Defendant seeks a modification of her conditions of release to allow her to travel to Warsaw, Poland. (*See id*. at 1–2.) Having thoroughly considered the agreed motion and the relevant record, the Court hereby finds and ORDERS that:

1. Defendant shall comply with all conditions of the appearance bond entered September 4, 2019;
2. Defendant shall be permitted to travel to Warsaw, Poland on or about October 28, 2019 and return to Seattle, Washington on or about November 22, 2019; and
3. Defendant shall be permitted to possess her United States passport within two days of travel and shall return the passport to defense counsel's possession within two days of returning to Seattle, Washington.

//

1       DATED this 30th day of October 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR19-0162-JCC
PAGE - 2